IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02439-NRN

EDWIN ABEL MORENO LOPEZ,

     Petitioner,

v.

TODD BLANCHE, U.S. Attorney General,
MARKWAYNE MULLIN, U.S. Secretary of Homeland Security ("DHS"),
DAVID J. VENTURELLA, Acting Director U.S. Immigration and Customs Enforcement,
ROBERT GUADIAN, Acting Denver Field Office Director,
JUAN BALTAZAR, Warden of Denver Contract Detention Facility,
IN THEIR OFFICIAL CAPACITIES,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 14] of Magistrate Judge N. Reid Neureiter entered on July 28, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 28th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ M. Smotts
        Deputy Clerk